# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Alia Bober,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   2:13-mj-242-VCF |

## ORDER SCHEDULING AN INITIAL APPEARANCE

Upon motion by the government, the Initial Appearance hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Carl W. Hoffman** | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Monday, April 15, 2013<br>at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Apr 11, 2013

*Judge's signature*

ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*