# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.  2:13-cr-00361-KJD-GWF |
| vs. | ) | **ORDER** |
| ALIA BOBER, | ) | |
| Defendant. | ) | |

    This matter is before the Court on Defendant's Motion to Approve Request for Permission to Travel (#79), filed April 29, 2014.  Defendant Bober requests permission to travel to Lahaina, Hawaii from May 15, 2014 through May 21, 2014.  The undersigned has been informed by counsel for the Government that he has no opposition to the request.  Accordingly,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Approve Request for Permission to Travel (#79) is **granted**.

    DATED: May 2, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**