CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563

Attorney for Defendant
ALIA BOBER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * * * *

| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-00361-KJD-GWF |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO APPROVE MS. BOBER'S REQUEST FOR PERMISSION TO TRAVEL.** |
| ALIA BOBER, | |
| Defendant. | |

COMES NOW, Defendant, ALIA BOBER, by and through her attorney, CHRISTOPHER R. ORAM, ESQ., and hereby submits this Motion to Approve Ms. Bober's Request for Permission to Travel.

This motion is made and based upon the following memorandum, and all of the pleadings and papers on file herein.

DATED this 9th day of June, 2015.

Respectfully submitted:

/s/ Christopher R. Oram, Esq.
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563

Attorney for Defendant
ALIA BOBER

1

## POINTS AND AUTHORITIES

Ms. Bober is requesting permission to travel from June 15, 2015 through June 18, 2015 for the purposes of a workshop for her employer in Durham, North Carolina.

Ms. Bober has been compliant with the terms of her release. Ms. Bober keeps in regular contact with her probation officer. Therefore, it is respectfully requested that this Court grant this motion and approve Ms. Bober's request for permission to travel. The request to travel that Ms. Bober completed has been attached as Exhibit A.

## CONCLUSION

Therefore, based on the foregoing, Ms. Bober respectfully requests this Court grant this motion and approve Ms. Bober's request for permission to travel.

DATED this 9th day of June, 2015.

/s/ Christopher R. Oram, Esq.
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563

Attorney for Defendant
ALIA BOBER

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of CHRISTOPHER R. ORAM, ESQ., and that on the 9th day of June, 2015, I served a copy of the foregoing Motion to Approve Ms. Bober's Request for Permission to Travel by U.S. District Court CM/ECF Electronic Filing, to:

ROBERT KNIEF, ESQ.
Assistant United States Attorney
330 Las Vegas Blvd. South
5th Floor
Las Vegas, Nevada 89101

/s/ Jessie Vargas
An Employee of Christopher R. Oram, Esq.

CHRISTOPHER R. ORAM, LTD.
520 SOUTH 4TH STREET | SECOND FLOOR
LAS VEGAS, NEVADA 89101
TEL. 702.384-5563 | FAX. 702.974-0623

**ORDER**

This matter is before the Court on Defendant Ali Bober's Motion to Approve Request for Permission to Travel, filed June 9, 2015. The undersigned has reviewed the request and the request to travel to Durham, North Carolina from June 15, 2015 through June 18, 2015 is approved. Accordingly,

**IT IS HEREBY ORDERED** that defendant Alia Bober's Motion to Approve Request for Permission to Travel is **granted.**

UNITED STATES DISTRICT JUDGE
6/12/15

CHRISTOPHER R. ORAM, LTD.
520 SOUTH 4TH STREET | SECOND FLOOR
LAS VEGAS, NEVADA 89101
TEL. 702.384-5563 | FAX. 702.974-0623