UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALIA BOBER,<br><br>    Defendant. | Case No. 2:13-CR-00361-KJD-GWF<br><br>**ORDER** |

    Presently before the Court is Defendant Alia Bober's Motion to Continue Sentencing Hearing and Due Date for Sentencing Memorandum (#142). The Government filed a response in opposition (#143). Having read and considered the motions and good cause appearing, the Court grants the motion in part. The Court finds that the sentencing issues are not complex. Both defense attorneys are seasoned professionals capable of addressing both the sentencing disparity issues and other "outstanding sentencing issues[.]"

    Accordingly, Defendant is granted a one week extension for filing of the sentencing memorandum. The sentencing memorandum shall be filed on or before July 14, 2015. Any response

///

///

1  by the Government shall be filed on or before July 21, 2015.  The sentencing hearing is continued
2  until July 27, 2015 at 9 a.m.
3  **IT IS SO ORDERED.**
4  　　　　DATED this 7th day of July 2015.

_____
Kent J. Dawson
United States District Judge