UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>VS.<br><br>ALIA BOBER,<br><br>Defendant, | 2:13-CR-0361 KJD-GWF<br><br>MINUTES OF THE COURT<br><br>Dated:  July 27, 2015 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:   EILEEN WOOD         COURT RECORDER: ALANA KAMAKA

PRESENT FOR PLAINTIFF:      ROBERT KNIEF

PRESENT FOR DEFENDANT:     ANTHONY SGRO and CHRISTOPHER ORAM

U.S. PROBATION: TIFFANY ELWESS and WENDY BECKNER

**SENTENCING -**

Proceedings begin at 9:05 AM.   All parties are present.

The Court canvasses hears arguments of counsel and Probation Officer Beckner regarding the Presentence Report.  The Court **DENIES** Defendant's request to put Probation Officers and Report Writers on the witness stand.

**Chauncy Anderson** called as a witness for the Government. Direct examination by Mr. Knief, cross examination by Mr. Oram, re-direct by Mr. Knief, re-cross by Mr. Knief. Witness is excused.

Court recesses for other matters.

11:02 AM - Court reconvenes. All parties are present.

**David Hardt, Special Agent Homeland Security -** called as a witness for the Government. Direct examination by Mr. Knief, cross examination by Mr. Oram, re-direct by Mr. Knief, re-cross by Mr. Oram. Government exhibits: 7 (electronic format, copy will be provided to Court), 1A-1E, 2A-2L, 3, 4A-4D, 5, 6  - **ADMITTED**.

2:13-CR-0361 KJD-GWF
USA v Bober
Page 2

    12:08 PM - Court recesses.

    1:00 PM - Court reconvenes. All parties are present. Defense counsel requests sidebar.

    The Court adjudicates the Defendant guilty.

    Rictoria Bober and Dr. Paul Bober address the Court.

    Sentencing is continued to 8/6/15 at 9:00AM.

    Defendant is remanded.

**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**

/s/ Eileen Wood
DEPUTY CLERK