# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellee,<br><br>v.<br><br>ALIA BOBER,<br><br>    Appellant. | Case No. 2:13-CR-00361-KJD-GWF<br><br>**ORDER** |

    Presently before the Court is an Order for Time Schedule (#190) as to the Notice of Appeal filed by Appellant on February 22, 2016 (#187). This case has been remanded to the Court by the Ninth Circuit Court of Appeals for the limited purpose of permitting this Court to provide Appellant notice and an opportunity to request that the time for filing notice of appeal to be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b) of the Federal Rules of Appellate Procedure. See Fed. R. App. P. 4(b)(4); United States v. Ono, 72 F.3d 101, 103 (9th Cir. 1995); United States v. Stolarz, 547 F.2d 108 (9th Cir. 1976).

    While the time for requesting an extension has expired pursuant to Rule 4(b), due to remand, Appellant is permitted to show excusable neglect or good cause as to why this Court should grant Appellant an extension of the time for the filing of her notice of appeal.

Accordingly, **IT IS SO ORDERED** that Appellant show excusable neglect or good cause as to why this Court should grant Appellant an extension of the time for the filing of her notice of appeal.

**IT IS SO ORDERED.**

DATED this 29th day of April 2016.

_____
Kent J. Dawson
United States District Judge