# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

**PETITION FOR SUMMONS
FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Alia Bober**

Case Number:  **2:13CR00361**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **January 27, 2016**

Original Offense: **Conspiracy to Manufacture and Possess with Intent to Distribute Methylone, Possession with Intent to Manufacture and Distribute Methylone, and Money Laundering Conspiracy**

Original Sentence: **84 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 6, 2020**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

**PETITIONING THE COURT**

☐ To issue a warrant.

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    A.   Beginning on a date unknown and continuing until at least March 2022 Bober committed the crime of Engaging in Prostitution or Solicitation for Prostitution, in violation of N.R.S. 201.354.

RE: Alia Bober

Bober advertises herself on various escort websites such as Slixa, MegaPersonals, and Private Delights, which are websites known for facilitating escort services. Bober also has her own website (Xeve33.com) where she states the following, "Let me be your virtual girlfriend or secret lover. Let's get naughty together. I offer online services and in-person rendezvous. Please fill out the booking section to schedule any in person rendezvous.

Bober advertises the following services on her website: A CUM TO YOU RENDEZVOUS: 60 minutes, Overnight, Date Night, along with online services: XXX Virtual Session, Virtual Session with Titties & Dirty Talk, Dom/Subcontract (sadomasochism), Dick Rating. This website is known to be operated by Bober due to a search of her cellular device and suggestive photos of herself displayed on the web page found in her phone.

On the escort website, Slixa, Bober states, "I expect you to be a gentleman at all times. Proper hygiene is essential. Advanced booking is preferred. Deposit is required. Screening is required. 1 hour...$500, 2 hours… $1000, 3 hours… $1500 Fly Me to You… 3 hours minimum". This advertisement includes provocative photos of Bober and the contact email matching one of the many email addresses gleaned from her cellular device.

Bober utilizes CashApp, Apple Pay, Venmo, and Amazon to obtain payment for her services. Bober has provided statements to our office following the search and investigation, throughout the year of 2021 Bober deposited over $100,000 into her personal bank accounts.

In reviewing Bober's cellular phone, several conversations were identified as transactions between Bober and her prospects. These messages were made using various apps such as: TextNow, WhatsApp, and Snapchat. Bober details her "dos and don'ts" referring to what sexual acts she is comfortable with and others she is not. Outlining the dos and don'ts prior to a transaction is common practice among prostitution. In a specific conversation dated December 25, 2021, Bober negotiates the following:

**Bober:** Hi, it's Eve from SD (San Diego)

**Sonny:** Hey Eve It's Sonny. Thx

**Bober:** Hi Sonny

**Sonny:** Wats ur ppm? (Price per Minute)

**Bober:** So your coming to Vegas soon?

**Sonny:** Dos and donts? Yes Jan 5

**Bober:** I don't do bareback and Greek (meaning sex without a condom or anal sex) Is that ok

RE: Alia Bober

**Sonny:** Yes I'm all about safety- only request BJ (blowjob) without condom. Is that ok?

**Bober:** No sorry no bareback safety is key. I'm clean. It would be different if we were monogamous.

**Sonny:** I'm clean and tested regularly. Oh ok. I completely understand and respect your rules.

**Bober:** I trust you but I'm not willing to chance it.

Bober operates under an alias named Eve, this has been confirmed through several online accounts, emails, and items saved in her cellular device. Bober discusses pricing and arrangements with another identified prostitute to perform a threesome with her "daddy." The woman Bober converses with is saved in her phone as, "Pink Hair." On December 25, 2021 Pink Hair and Bober discuss the following

**Pink Hair:** So, tell me about your daddy!

**Bober:** I got a bae we are poly (polyamorous) but I'm just looking for a girl that you and I can go to the strip and fine us some SD and get a bag together.

**Pink Hair:** Where do you go, Sapphire? (referring to the local Las Vegas strip club)

**Bober:** No, I don't strip Is that where you get your daddies? Don't take offense are you a 304? (slang for hoe, given the numbers spell hoe reversed) That's the time I'm on.

**Pink Hair:** Yeah, I have hoe tendencies but I'm a smart hoe. I don't do anything for free that I'm good at. There's smart hoes and stupid hoes and I'm about making money and moving up in life.

**Bober:** Oh yes me-too money-making moves for sure. It's more fun to go to the strip with a girl that is about that life and getting money. So many old guys lol or young with $$ for us.

Bober works with a woman to book prostitution jobs and connect other woman working in the industry to potential clients. A conversation in Bober's phone with a person identified as Mia dated January 27, 2022, reads as follows:

**Bober:** Hey Mia Let me know if you have any opportunities this weekend, I really need it.

**Mia:** I need ur girl rn (right now.)

**Bober:** Ok, what's the play

**Mia:** 1000, I need 200. Send me her pic again.

RE: Alia Bober

      **Bober:** OK I got a girl too with me. {Bober proceeds to send several explicit photos of herself and another woman.}

B.      Beginning on a date unknown and continuing until at least January 2022, Bober committed the crime of Pandering, in violation of N.R.S. 201.300

Alia Bober and her boyfriend, Rashaan Chambers exchange multiple text messages discussing the recruitment of other woman to engage in prostitution. Bober gives her direct input in the process of choosing which woman to select and further gives Chambers details on how to advertise these women on escort sites. Bober provides the websites to advertise on and commentary on how to best articulate these women's selling features to potential customers. In a conversation through text message with Rashaan Chambers on January 7, 2022, Chambers and Bober discuss recruitment openly. The same phone number used by Rashaan Chambers used to bring forth the initial allegations against Bober is the phone number used to discuss the following:

**Rashaan:** WYD this weekend?
**Bober:** No plans yet
**Rashaan:** Who can we hangout with this weekend?
**Bober:** Not sure trying to recruit but these girls ain't it. We need some Miami hoes lol
**Rashaan:** They be it you just got no game
**Bober:** They just ain't my type
**Rashaan:** What ever happened to pink hair?
**Bober:** Idk (I don't know) I hit her up today but I get catfish vibes
**Rashaan:** Call her, Make her video chat, something. Apply pressure on these hoes. Did you say you was talking to Paula earlier or I was dreaming?
**Bober:** She a fag (Fag in this context refers to a prostitute who is insubordinate) I'm here solo
**Rashaan:** Everyone a fag to you.
**Bober:** Well, these bitches are, and I don't got time to waste on fag mentality or lames. What's up with Alyssa?
**Rashaan:** imma stop letting you recruit hoes lol. You have no game lol Nothin, she lit. Doing her tryst tomorrow. (Tryst links refers to a backpage for hookups with a wide range of escorts.)

On January 8, 2022, following the above-mentioned conversation citing the need to recruit women from Miami, screenshots are sent from Bober to Chambers arranging flights back to Las Vegas, NV from Miami, FL. Chambers was in Miami at the time that Bober stated, "we need some Miami hoes lol." The inference is made that while Chambers was in Miami,

RE: Alia Bober

Bober encouraged him to recruit girls from Miami. Bober actively participated by not only suggesting the recruitment of women in Miami but contributing financially to Chambers' scouting of women by providing financial means to travel from Miami to Las Vegas.

**Bober:** {inserts a screenshot of a flight from Miami to Las Vegas} Tomorrow from Miami Airport. {inserts subsequent screenshot from Miami to Las Vegas} But ya gotta get there now. American 171. {inserts final screenshot of flight from Miami to Las Vegas} This one is out of Miami Airport tonight.
**Chambers:** Yeah I need tht 8:11 one. I don't wanta leave. It's 3:04 make a wish (hoe reference previously mentioned) Babe book my ticket??
**Bober:** Can I send you the $ to book it babe?
**Chambers:** Yeah tht works too.

Along with several other conversations between Chambers and Bober, the two share photos of different girls with one another and discuss whether the girls will "choose up". (The process by which a different pimp takes "ownership" of a victim.) On December 22, 2021, Bober and Chambers discuss details of the entire process in a detailed text message exchange:

**Chambers:** {inserts seductive phot of a woman laying on a couch} My new bitch
**Bober:** She from SJ? She cute
**Chambers:** Oregon. I got 2 from Oregon now
**Bober:** Nice Ok perfect
**Chambers:** Waiting on the one to send a choosing fee. Then this bitch with my siter tryna f**k with me so bad
**Bober:** Yeah can't do broke girls
**Chambers:** Tryna fly me out and hella shit Like I'm good lol
**Bober:** You need to STD test her lol she seems too thirsty. She doesn't give me classy vibes, but everyone has potential.
**Chambers:** Where should I list her home location?
**Bober:** I would put home location Miami then she can tour elsewhere. I know Portland on the list idk how far that is from her.
**Chambers:** That's exactly what I was thinking. She gonna be traveling A LOT!! Putting her ass on the road.
**Bober:** Bc most calls will be from where she will be mainly then tour her out. She petite? Sell that
**Chambers:** Definitely. 5'2
**Bober:** I mean private delights is ok gets trashy folks tho I wouldn't meet with them but it might be different in another town. She needs an only fans. Get her a linktree. A

> specific cash app and Venmo for her new name. Slixa is ok. It's 50.50. Twitter account with her new name and a tik tok. IG and snap too. Make it private IG bc there's a lot of scams. Idk how much $ she has but she needs a burner phone too unless your handling that.
>
> **Chambers:** She can't use text now?
>
> **Bober:** Yes, she can. She needs to be on tinder and sugar daddy meet to recruit but be vague in the description, so she won't get kicked off but put her work name. So, they follow the lead. She should be set {insert flying money emoji}

The above-mentioned conversation between Bober and Rashaan Chambers help outline the specific details of their partnership and the lengths of their recruiting of woman for purposes of prostitution.

**C.** Beginning on or about May 16, 2020 and continuing until at least September 4, 2021, Bober committed the crime of Repayment of Benefits Received as Result of False Statement or Failure to Disclose Material Fact; Penalty for Unemployment Insurance Fraud, in violation of N.R.S. 612.445

While incarcerated in the Bureau of Prisons, Bober applied for unemployment benefits stating that she was unemployed due to Disaster/ Pandemic Lack of Work related to COVID-19. Bober failed to disclose her incarceration status at time she submitted her application with the State of Nevada Department of Employment, Training, and Rehabilitation (DETR). As an incarcerated person, Bober was ineligible for unemployment benefits.

Although her initial application and receipt of benefits occurred while in BOP custody, Bober continued receiving weekly unemployment benefits at onset of supervised release (July 6, 2020) through September 4, 2021. To continue receiving unemployment benefits, Bober was required and did submit a weekly certification to DETR, attesting that she remained unemployed and did not earn any wages during the week. In making this attestation Bober did so with acknowledgement that furnishing any false information or withholding any material information may result in criminal prosecution for fraud.

At onset of supervision Bober was gainfully employed with Quality Marketing as an executive assistant, earing $400-$500 per week. To date, Bober continues to work for Quality Marketing, without ever reporting a lapse of employment with the company from the commencement of her supervision term. During Bober's Weekly Claim Certification, she failed to disclose her employment as an executive assistant for Quality Marketing and her self-employment as a web cam model. Bober reported she began her self-

RE: Alia Bober

employment as a web cam model in early 2021. Bober further reported to the undersigned officer that she earned approximately $1871.00 weekly from web camming.

Bober failed to report work and earnings to DETR to continue receiving unemployment benefits she was not entitled to. While under supervision, Bober received $25,141 in unemployment benefits. During this same period, Bober deposited over $100,000 into various accounts from her earnings at Quality Marketing and web-cam modeling

2. **Shall Not Associate with Criminals** - **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

   Bober has been associating and residing with a Rashaan Chambers, a convicted felon and fugitive from justice, without the approval of her probation officer.

   On January 25, 2022, notification from the Las Vegas Metropolitan Police Department (LVMPD) was received referencing a domestic violence incident involving Bober and an undisclosed male, now known as her boyfriend, Rashaan Chambers. The following day, January 26, 2022, Rashaan Chambers contacted our office and spoke with the undersigned officer to share details of the domestic violence incident. Chambers also disclosed his prior criminal history and admitted he is a convicted felon. Chambers further admitted he is an absconder from parole supervision out of California and has an active warrant for his arrest. This information was confirmed through a record check and contact with his parole officer. Chambers stated he has been residing with Bober at her residence for the past several months. Up until Chambers was arrested on March 27, 2022 for an extraditable warrant Bober stated that Chambers continued to reside with her at her address.

3. **Shall Not Illegally Possess Controlled Substance** - **The defendant shall not illegally possess a controlled substance.**

   On March 8, 2022, while conducting a search at Bober's home address, 8255 South Las Vegas Blvd. Apt #209 Las Vegas, NV 89123, a miniature plastic baggy containing a crystal-like substance mixed with hot pink fragmented shards was found in her bathroom. Alia Bober admitted that it was "molly", which is the street name for the psychoactive drug MDMA (3,4-methylenedioxymethamphetamine).

   In addition to the above-mentioned discovery, a small chunk of chocolate wrapped in green tin foil was found in a cabinet in the kitchen along with all her other medications. A subsequent bar of chocolate was found in a purse in a cabinet above her refrigerator with the label, "Crucial Organics UPFF Hash Rosin." Hash Rosin is cannabis concentrate which contains THC and will usually have a higher THC content than other products.

RE: Alia Bober

On Friday June 4, 2021, Bober receives a text message from Rashaan Chambers that reads, "Got pics of that pack?" Bober responds saying, "Lms," (let me see). Bober then sends several photos of marijuana flower buds. The first photo sent is of a large quantity of marijuana in a vacuum sealed package. The next photo is a video snapshot demonstrating the crystallization on the buds. The last photo in the thread is a large marijuana bud. The photos of the marijuana were situated on a countertop in her kitchen. The countertop from the photos is the exact countertop in her home as observed during the search of her residence on March 8, 2022.

In addition to the above-mentioned photos, there were several other photos of marijuana dated back to September 2020.

4. **Shall Not Leave District** - **The defendant shall not leave the judicial district without the permission of the court or probation officer.**

   On March 2, 2022, while conducting further investigation into Bober's social media accounts following allegations made by her boyfriend, Rashaan Chambers, a Tik Tok video of Bober in Humboldt County, CA was discovered dating back to October 2021. During the search initiated by our office on March 8, 2022, Bober admitted to Supervisory United States Probation Officer Todd Fredlund to having travelled to Humboldt County without prior authorization in fall of 2021.

   On March 15, 2022, while reviewing Bober's cellular phone seized in the search, photos of her in Northern California, Humboldt County area, were discovered. The photos are time/date stamped September 7, 2020. Bober was in California on September 7, 2020, without the approve of the court or her probation officer.

5. **Be Truthful** - **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

   At onset of supervision Bober was instructed by her probation officer to submit a truthful and complete written report within the first five days of each month. Bober failed to submit truthful reports by not reporting all income earned/received, employment, other persons residing with her, and a secondary cellular phone.

   From the onset of supervision Bober reported employment as an executive assistant for Quality Marketing. Bober submitted monthly supervision reports claiming Quality

RE: Alia Bober

Marketing as her only source of income. Bober reported that from July 2020- March 2022 she earns $400 a week from her employment with Quality Marketing. Bober has continuously failed to make mention of employment as a professional "web-cam model" or the income she received from unemployment in 2021.

A financial investigation by the probation office revealed that Bober deposited over $100,000 dollars into personal bank accounts during the year 2021.

Additionally, while conducting the search on March 8, 2022, a 1099-g for 2021 was found in Bober's kitchen cabinet, revealing that she received $17,316 in unemployment benefits in 2021. As noted, Bober was employed with Quality Marketing the entirety of 2021 and had substantial earnings from her "web-cam modeling," business throughout that year. Again, Bober made no mention of unemployment compensation in her monthly supervision reports.

In addition, Rashaan Chambers, a convicted felon, was residing with Bober in the latter part of 2021 and into 2022 in which Bober failed to disclose on her monthly written report as required.

Also, a secondary cellular phone was found in Bober's bedroom during the search. Bober did not report having a secondary cellular phone or phone number to our office on any of her monthly supervision reports.

RE: Alia Bober

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **April 14, 2022**

Digitally signed by Amanda Stevens
Date: 2022.04.15 08:46:45 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.04.14 17:08:57 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐   No Action.
X   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

April 15, 2022
Date

RE: Alia Bober

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ALIA BOBER,  2:13CR00361

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
April 14, 2022

Alia Bober was sentenced to 84 months custody followed by three (3) years of supervised release for the offenses of Conspiracy to Manufacture and Possess with the Intent to Distribute Methylone, Possession with the Intent to Manufacture and Distribute Methylone, and Money Laundering Conspiracy. Supervised release commenced on July 6, 2020 in the District of Nevada.

On January 25, 2022, notification from the Las Vegas Metropolitan Police Department (LVMPD) was received referencing a domestic violence incident involving Bober and an undisclosed male, now known as her boyfriend, Rashaan Chambers. The following day, January 26, 2022, Rashaan Chambers contacted our office and spoke with the undersigned officer to share details of the domestic violence incident. Chambers stated he has been in a romantic relationship with Bober and has been residing with her for "several months". Chambers stated to the undersigned that Bober is abusing prescription pills, involved in the unlawful distribution of marijuana, and that she is working as a prostitute. Chambers also sent a video to the undersigned's cellular phone; Bober is seen on video antagonizing Chambers stating, "Yea cause you're on the run Rashaan Chambers, trying to come into my apartment." Bober's slurred speech lend to the notion that Bober was likely under the influence, which he stated she was "pilled out." The video further proves Bober's direct knowledge of Chamber's position as a felon and his fugitive status.

On March 8, 2022, upon evoking the warrantless search condition, clothing belonging to a male, along with men's toiletries, and a voided California identification card belonging to Rashaan Chambers were all found inside Bober's residence. Bober admitted to our office that Chambers had been present in the home up until the officers' arrival, but quickly fled due to law enforcement presence. During questioning, Bober admitted that the two had been living together for several months but led on that it was only for Chambers to save money to move. Initially, Bober and Chambers' relationship started platonically as coworkers at Quality Marketing, however developed into a romantic/business exchange. Chambers admitted to the undersigned officer that his father, Myron Taylor, runs the company where they were both employed initially. Bober consistently lists Myron as her direct supervisor in her monthly reports dating back to July of 2020, which corroborates Chambers' telling of these details.

During the search executed at Bober's residence, probation officers located a miniature plastic baggy containing a crystal-like substance mixed with pieces of hot pink shards of paper. When asked by officers what was in the baggy, Bober deflected and blurted out, "it's old!" The officer then reiterated that question and Bober readily admitted the second time that the substance was "molly", again stating it is "old" and that she had meant to dispose of it. It is noted Bober's instant

RE: Alia Bober

Prob12C
D/NV Form
Rev. March 2017

offense involved the Distribution of Methylone. According to information from Bober's Presentence Investigation report, Methylone is commonly referred to by its street name of "molly". U.S. Probation officers also located a small chunk of chocolate wrapped in green tin foil. Bober initially acknowledged it was an edible but later indicated she was unsure again in attempt to deflect. Another chocolate bar wrapped in the matching green foil with a stickered label that read "Crucial Organics UPFF Hash Rosin" was found. An internet search revealed Hash Rosin is a cannabis concentrate which contains THC and will usually have a higher THC content than other products. Bober stated when questioned that the chocolate bar was split among her and several friends at a party recently.

A second cellular device was found in Bober's apartment. Through a thorough investigation of the device, several photos of large amounts of marijuana buds were found in her photo gallery. The first cluster of photos were found dated back to September 7, 2020. In this series of photos, it appears that Bober and an unidentified male traveled to Northern California. There are photographs taken of the couple from a fruit stand, in Philo, CA. Philo, CA is in Northern California just a couple hours south of Humboldt County. Given Bober's travel to Humboldt by way of vehicle identified on her TikTok account with hashtags stating, "harvest season", the large haul of marijuana in the series of photos, and allegations made by Chamber's it could be likely Bober travels to Humboldt for marijuana. Through an internet search it was discovered that harvest season in Humboldt county is September through November. In one of the photos of the marijuana haul, Bober's hand can be identified by the fingernail design on her acrylic nails. Subsequent photos that include Bober's face display the same gold foil pattern on Bober's nails, which demonstrates Bober was in possession of marijuana in September of 2020.

In addition, while executing the search at Bober's residence a digital scale along with a vacuum sealer were found underneath the stove in a cabinet. The scale and vacuum sealer give validation to authenticate Mr. Chambers' allegations made about Bober. Chambers stated Bober had large vacuumed sealed packs of marijuana in her home around Thanksgiving of 2021. Chambers stated that these bags were located under the sink in kitchen or Bober's massage table. Although these packs were not found in the search, Chambers' having prior knowledge of the allegations, access to the marijuana, and a means of a vehicle to flee prior to our visit one can infer that he left with the marijuana prior to our arrival on March 8, 2022.

Bober admitted to travelling out of the district to Northern California without permission. When asked why she did not simply ask for permission, Bober stated she had received a one-day notice and knew that travel requests needed more time for approval. Bober stated that she had a once in a lifetime opportunity and did not want to risk getting denied. Based on the photos found in her phone, it is likely Bober traveled with the undisclosed man to Northern California for marijuana harvest season. Whether marijuana was obtained in mass quantities as alleged by Chambers is

**RE: Alia Bober**

Prob12C
D/NV Form
Rev. March 2017

unknown, however Bober's mentality is demonstrated heavily in this point. It is easier to violate conditions of The Court than to miss out on self-serving opportunities.

On Friday June 4, 2021, Bober receives a text message from Rashaan Chambers that reads, "Got pics of that pack?" Bober responds saying, "Lms," (let me see). Bober then sends several photos of marijuana flower buds. The first photo sent is of a large quantity of marijuana in a vacuum sealed package. The next photo is a video snapshot demonstrating the crystallization on the buds, which in the marijuana community identifies the quality of the plant itself. The last photo in the thread is a large marijuana bud demonstrating the large caliber of the buds themselves. Although Bober is wearing gloves in these photos, it can be assumed that the marijuana was in her home due to the countertop pattern identified in the background. These countertops match the counters witnessed by several US probation officers while conducting the search of her residence on March 8, 2022.

While executing the search of Bober's residence, an officer located two documents that appeared to be cash in-flow statements. These documents were discovered in Bober's bedroom by a U.S. Probation Officer. One of these statements was dated August 10, 2021, indicating Bober received/earned $23,550.64 throughout the month. Our office also located calendars that had numerical values written on multiple dates, which seemed to imply amounts earned on those dates. Our office also found a tax document issued by the State of Nevada, Department of Employment, Training and Rehabilitation for unemployment benefits distributed to Bober in 2021 totaling $17,316. Bober has been employed with Quality Marketing as an executive assistant, along with her undisclosed profession as a webcam model throughout 2021. At no point through 2021 was she unemployed according to her monthly reports. Bober stated that she filed for unemployment because she does not make enough money. Bober failed to disclose earnings from her web cam employment and unemployment benefits on her monthly supervision reports

In addition, $6,705.00 in cash was found throughout the residence, when questioned where the large amounts of cash came from, Bober admitted she has been working as a "web cam" performer since March 2021, performing various sexual acts online for money. Various online advertisements promoting prostitution were found with Bober's picture. Using Bober's pictures from her social media accounts and cell phone it is confirmed Bober is indeed the woman in the ads. Bober admitted that the secondary phone found in her bedroom belonged to her. The phone was never reported to probation via her monthly supervision report. A cursory search through the iPhone 13, which was seized and taken into evidence, painted an outline of Bober's profession as a sex worker. Text messages, her personal website, several payment methods, Instagram and Onlyfans were avenues found demonstrating sexual services, acts, and rates. Burner, WhatsApp, text now, Instagram Messenger, Twitter, and Snapchat are applications Bober uses to conduct these exchanges. It is clear in reviewing text messages between Bober and various clients she is involved in prostitution related activities.

**RE: Alia Bober**

Prob12C
D/NV Form
Rev. March 2017

Additionally, and more concerning, a thorough review of text messages between Bober and Chambers suggest that Chambers is also serving as Bober's pimp and together they were actively recruiting other woman to join their prostitution ring. It appears that Bober serves a Chambers "bottom" girl. Through an internet search it was found that the bottom, is atop the pyramid of prostitutes working for a particular pimp. A bottom is usually the prostitute who has been with the pimp the longest and consistently makes the most money. Being the bottom girl gives the prostitute status and power over the other women working for her pimp. However, the bottom girl also bears many responsibilities of prostitution. Outlined through their conversations, Bober's and Chambers relationship mimic this pimp and bottom dynamic. This inkling was in the process of being investigated but due to a routine traffic stop on March 27, 2022, involving Chambers and Bober, Chambers was subsequently detained by LVMPD on an extraditable warrant and arrested. As previously noted, Chambers is a wanted felon for absconding state parole out of California.

As detailed in her motion for early termination filed with this court on January 21, 2022, Bober presents herself as someone who is in full compliance of her conditions under supervision, living a healthy lifestyle, and is an active participant in therapy. However, Bober has become extremely skilled in disillusionment and the ability to deceive for her gain. Bober uses privilege to mitigate her actions and hubris to challenge law enforcement simply because she believes she can. Given Bober's advantageous opportunity to succeed with a Bachelor of Science in Biochemistry, healthy family support in Kansas from both her parents, and at one point the desire and ability to pursue a master's degree for Hospital Administration, she has chosen a lifestyle of criminal behavior, disillusion, and prostitution. Bober continues to hold the orders of the Court at wanton disregard. Bober's conduct is not in alignment with one who is purportedly living a pro-social, healthy lifestyle. Bober has fabricated an entire second identity for herself, which shows her keen dishonesty and callous.

As detailed in this petition, Bober has violated the trust of this court. Bober is in violation of her conditions by leaving the state without permission, possessing controlled substances, associating with a convicted felon without prior authorization, not disclosing her income, self-employment, or additional bank account on her monthly supervision reports; and committing several law violations, to include unemployment fraud, pandering, and prostitution. Therefore, a summons is requested to initiate revocation proceedings.

Respectfully submitted,

*a.S.* Digitally signed by Amanda Stevens
Date: 2022.04.15 08:47:44 -07'00'

_____
Amanda Stevens
United States Probation Officer

**RE: Alia Bober**

Prob12C
D/NV Form
Rev. March 2017

Approved:

_____  Digitally signed by Todd Fredlund
Todd J. Fredlund                    Date: 2022.04.14 17:09:21 -07'00'
Supervisory United States Probation Officer