UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALIA BOBER,<br><br>        Defendant. | Case No. 2:13-cr-00361-KJD-GWF-2<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 29, 2022 at the hour of 3:00 p.m., be vacated and continued to June 1, 2022 at the hour of 2:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 26th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3