RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Alia Bober

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIA BOBER,<br><br>    Defendant. | Case No. 2:13-CR-00361-KJD-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Alia Bober, that the Revocation Hearing currently scheduled on June 7, 2022 at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

    This Stipulation is entered into for the following reasons:

    1.    The parties have reached a resolution to the revocation as well as some of the underlying conduct giving rise to the petition.

2. Defense counsel needs time to discuss the pending plea agreement in the underlying new case with Ms. Bober. Ms. Bober also needs to make her initial appearance in that case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |    */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ALIA BOBER,<br><br>      Defendant. | Case No. 2:13-CR-00361-KJD-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 7, 2022 at 1:00 p.m., be vacated and continued to September 6, 2022 at the hour of 9:30 a.m. in courtroom 4A.

DATED this 20th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON